AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| KEVIN R. TURNER<br>*Plaintiff*<br><br>v.<br><br>COMMONWEALTH OF KENTUCKY<br>*Defendant* | )<br>)<br>)<br>)  Civil Action No.   3:20-cv-346-JRW<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> COMMONWEALTH OF KENTUCKY
> SERVE DANIEL CAMERON,
> KY ATTY GENERAL
> 700 CAPITAL AVENUE, SUITE 118
> FRANKFORT, KY 40601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> TIMOTHY DENISON
> 235 South Fifth Street
> The Third Floor
> Louisville, Kentucky 40202-3226

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   5/18/2020

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  3:20-cv-346-JRW

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Com of KY (Daniel Cameron Atny Gen)

was received by me on *(date)*   5-27-2020 .

☒ I personally served the summons on the individual at *(place)*   700 Capital Ave

Frankfort, KY,                              on *(date)*  06-01-20  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

JW
06-01-

Date: 05-28-2020                              _____Todd R. Walls_____
                                                    *Server's signature*

                                              _____Todd R. Walls_____
                                                    *Printed name and title*


                                        5000 Clark Station Rd. Finchville, KY.
                                                    *Server's address*
                                                              40022

Additional information regarding attempted service, etc:

RECEIVED
JUN 0 1 2020
CLERK
SUPREME COURT