UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

KEVIN R. TURNER     Plaintiff

v.     Civil Action No. 3:20-cv-346-DJH

JEREMY D. MABE et al     Defendant

\* \* \* \* \*

## **SCHEDULING ORDER**

The Court conducted a telephonic Rule 16 scheduling conference in this matter on June 23, 2021, with the following counsel participating:

       For Plaintiff(s):     Timothy Denison

       For Defendant(s):     Alea A. Arnett

Based on the parties' Rule 26(f) Planning Meeting Report (DN 27), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1) Initial disclosures pursuant to FRCP 26(a)(1) have been completed.

(2) Any motion to amend pleadings or motion to join additional parties shall be filed no later than **August 23, 2021.**

(3) Identification of experts in accordance with FRCP 26(a)(2) shall be due

       By Plaintiff:     no later than **January 15, 2022**

       By Defendant:     no later than **February 15, 2022.**

(4) The parties shall complete all discovery no later **April 29, 2022.** No motion pertaining to discovery may be filed without first having a joint telephonic conference with Magistrate Judge Edwards arranged through her chambers.

(5) No later than **May 31, 2022**, counsel for the parties shall file all dispositive motions and any motions objecting to the admissibility of expert witness testimony under Federal Rule of Evidence 702, *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), and *Kumho Tire Co. v. Carmichael*, 526 U.S. 137 (1999).

(6) A telephonic status conference is scheduled for **August 23, 2021 at 10:30 a.m.** before the Honorable Regina S. Edwards, United States Magistrate Judge. To participate in the conference, counsel shall use the following dial in information: 1-888-808-6929, Access Code 2887606.

Date: June 23, 2021

ENTERED BY ORDER OF THE COURT

REGINA S. EDWARDS
UNITED STATES MAGISTRATE JUDGE
JAMES J, VILT, JR., CLERK
By: /s/ *Ashley Henry*
Deputy Clerk

cc: Counsel of Record

0|05