UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**KEVIN R. TURNER**                                                          **PLAINTIFF**

v.                      CIVIL ACTION NO. 3:20-cv-346-DJH-RSE

**SERGEANT JEREMY D. MABE,**
in his individual and official capacities,
**KENTUCKY STATE POLICE,**
and **COMMONWEALTH OF KENTUCKY**             **DEFENDANTS**

## JOINT STATUS REPORT

Pursuant to the Order contained in DN #30, the Parties, by counsel, file this status report to state that they are proceeding according to the Scheduling Order in DN #29; they have corresponded about supplemental Rule 26(a) disclosures that will be made this week or next, and corresponded on scheduling further discovery around undersigned counsel, Ms. Arnett's, state jury duty service, which runs from September through December 2021.

                                                         Respectfully submitted,

                                                         /s/ Amber Arnett
                                                         Alea Amber Arnett
                                                         Department of Kentucky State Police
                                                         Legal Office
                                                         919 Versailles Road
                                                         Frankfort, KY 40601
                                                         (502) 782-2163
                                                         (502) 573-1636 facsimile
                                                         Alea.Arnett@ky.gov
                                                         *Counsel for Defendants Commonwealth,*
                                                         *Kentucky State Police, and Sgt. Jeremy*

*Mabe, in his individual and official capacities*

and

/s/ Timothy Dennison (w/permission)
Timothy Denison
235 South Fifth Street
The Third Floor
Louisville, KY 40202-3226
(502) 589-6916
(502) 568-6919 facsimile
timothydenison@aol.com
*Counsel for Plaintiff*

CERTIFICATE OF SERVICE

 I hereby certify that on October 25, 2021 I electronically filed this document with the clerk of the court by using the CM/ECF System, which will provide service to the CM/ECF participants noted above.

       /s/ Amber Arnett
       Alea Amber Arnett