# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

**KEVIN R. TURNER**                                                    **PLAINTIFF**

v.                                                         CIVIL ACTION NO. 3:20-cv-346-DJH

**SERGEANT JEREMY D. MABE,**
in his individual and official capacities,
**KENTUCKY STATE POLICE,**
**and COMMONWEALTH OF KENTUCKY**               **DEFENDANTS**

## KSP DEFENDANTS' NOTICE OF SERVICE OF FRCP 26(A) INITIAL DISCLOSURES AND FIRST SUPPLEMENT THERETO

Please take notice that the Defendants Commonwealth of Kentucky/Kentucky State Police, and Kentucky State Police Sergeant Jeremy D. Mabe, in his individual capacity ("KSP Defendants"), by counsel, electronically served their FRCP 26(a)(1) Initial Disclosures on Plaintiff's counsel on June 16, 2021, and electronically served on Plaintiff's counsel their first supplement thereto on March 1, 2022.

                                                          Respectfully submitted,

                                                          /s/ Amber Arnett
                                                          Alea Amber Arnett
                                                          Department of Kentucky State Police
                                                          Legal Services Branch
                                                          919 Versailles Road
                                                          Frankfort, KY 40601
                                                          (502) 782-2163
                                                          (502) 573-1636 facsimile
                                                          Alea.Arnett@ky.gov
                                                          *Counsel for Defendants Commonwealth of*
                                                          *Kentucky/Kentucky State Police, and Sgt.*
                                                          *Jeremy Mabe, in his individual capacity*

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2022, I electronically filed this document with the clerk of the court by using the CM/ECF System, which will provide service to the following CM/ECF participants:

Timothy Denison
235 South Fifth Street
The Third Floor
Louisville, KY 40202-3226
(502) 589-6916
(502) 568-6919 facsimile
timothydenison@aol.com
*Counsel for Plaintiff*

                                                /s/ Amber Arnett
                                                Alea Amber Arnett