# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

**KEVIN R. TURNER**                                                                                              **PLAINTIFF**

v.                                                              CIVIL ACTION NO. 3:20-cv-346-DJH-RSE

**SERGEANT JEREMY D. MABE,**
in his individual and official capacities,
**KENTUCKY STATE POLICE,**
and **COMMONWEALTH OF KENTUCKY**                              **DEFENDANTS**

## DEFENDANTS' UNOPPOSED MOTION FOR AN
## EXTENSION OF DISPOSITIVE MOTION DEADLINE

Come the Defendants Kentucky State Police Sergeant Jeremy D. Mabe, in his individual and official capacities, and the Kentucky State Police, by counsel, pursuant to FRCP 6(b), and move the Court for a thirty-day extension of the dispositive motion deadline currently set for May 31, 2022. (Scheduling Order, DN 29 at 2). As grounds for this motion, undersigned counsel states that her husband unexpectedly had quadruple bypass/open heart surgery on April 19, 2022, after a heart catheterization on April 8 showed serious blockages. Undersigned counsel's husband was discharged from the hospital on April 24, and is restricted from driving and lifting for at least 6 weeks, and undersigned counsel is his only caretaker. Given these circumstances and that he has at least one doctor's appointment every week in May, and starts cardiac physical therapy three days a week at the hospital on May 25, the Defendants request a thirty-day

extension of the dispositive motion deadline, to June 30, 2022. Undersigned counsel contacted Plaintiff's counsel, Mr. Denison, and he has no objection to this extension.

Respectfully submitted,

/s/ Amber Arnett
Alea Amber Arnett
Department of Kentucky State Police
Legal Services Branch
919 Versailles Road
Frankfort, KY 40601
(502) 782-2163
(502) 573-1636 facsimile
alea.arnett@ky.gov
*Counsel for Defendants Kentucky State Police and Sgt. Jeremy Mabe, in his individual and official capacities*

CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2022, I electronically filed this document with the clerk of the court by using the CM/ECF System, which will provide service to the following CM/ECF participants:

Timothy Denison
235 South Fifth Street
The Third Floor
Louisville, KY 40202-3226
(502) 589-6916
(502) 568-6919 facsimile
timothydenison@aol.com
*Counsel for Plaintiff*

/s/ Amber Arnett
Alea Amber Arnett