UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**KEVIN R. TURNER**                                                            **PLAINTIFF**

v.                                                CIVIL ACTION NO. 3:20-cv-346-DJH-RSE

**SERGEANT JEREMY D. MABE,**
in his individual and official capacities,
**KENTUCKY STATE POLICE,**
and **COMMONWEALTH OF KENTUCKY**                **DEFENDANTS**

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION
FOR AN EXTENSION OF DISPOSITIVE MOTION DEADLINE**

This matter is before the Court on the Defendants' Unopposed Motion for an Extension of Dispositive Motion Deadline, and the Court having reviewed the Motion and any response, and being otherwise sufficiently advised;

IT IS HEREBY ORDERED that for good cause shown, the Defendants' Motion is GRANTED; the parties shall file all dispositive motions by June 30, 2022.

May 4, 2022

Regina S. Edwards, Magistrate Judge
United States District Court