# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

**KEVIN R. TURNER**                                                                               **PLAINTIFF**

v.                                                  CIVIL ACTION NO. 3:20-cv-346-DJH-RSE

**SERGEANT JEREMY D. MABE,**
**in his individual and official capacities,**
**KENTUCKY STATE POLICE,**
**and COMMONWEALTH OF KENTUCKY**                 **DEFENDANTS**

## JOINT STATUS REPORT

Pursuant to the Text Order contained in DN #39, the Parties, by counsel, file this status report to state that they have discussed the case, do not agree to settlement at this time, and are on track for submitting a summary judgment motion on June 30, 2022.

                                                           Respectfully submitted,

                                                           /s/ Amber Arnett
                                                           Alea Amber Arnett
                                                           Department of Kentucky State Police
                                                           Legal Services Branch
                                                           919 Versailles Road
                                                           Frankfort, KY 40601
                                                           (502) 782-2163
                                                           (502) 573-1636 facsimile
                                                           Alea.Arnett@ky.gov
                                                           *Counsel for Defendants Commonwealth,*
                                                           *Kentucky State Police, and Sgt. Jeremy*
                                                           *Mabe, in his individual and official*
                                                           *capacities*

                                                           and

                                                           /s/ Timothy Dennison (w/permission)

Timothy Denison
235 South Fifth Street
The Third Floor
Louisville, KY 40202-3226
(502) 589-6916
(502) 568-6919 facsimile
timothydenison@aol.com
*Counsel for Plaintiff*

CERTIFICATE OF SERVICE

      I hereby certify that on June 3, 2022, 1 I electronically filed this document with the clerk of the court by using the CM/ECF System, which will provide service to the CM/ECF participants noted above.

      /s/ Amber Arnett
      Alea Amber Arnett