# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

| | |
|---|---|
| KEVIN R. TURNER, <br> PLAINTIFF | ) <br> ) <br> ) <br> ) <br> ) |
| V. | ) Civil Action No. 3:20-cv-346-JRW <br> ) *Electronically Filed* |
| JEREMY D. MABE, *et al.*, <br>     *Defendants.* | ) <br> ) <br> ) |

## AGREED ORDER

The parties being in agreement, and the Court having been duly advised,

IT IS HEREBY ORDERED AS FOLLOWS:

1) The Plaintiff's Motion for Extension is remanded owing to this Order;

2) Plaintiff shall be granted an extension of time up to and including September 30, 2022, in order to respond to Defendant's Motion for Summary Judgment and Memorandum in Support Thereo;f.

HAVE SEEN AND AGREED:


*s/ Gregory Ward Butrum*, for Tim Denison
TIMOTHY DENISON
235 South Fifth Street
The Third Floor
Louisville, Kentucky 40202-3226
(502) 589-6916; (FAX) 568-6919
timothydenison@aol.com
Counsel for Plaintiff

*s/Gregory Ward Butrum, with permission*
Alea Amber Arnett
Department of Kentucky State Police
Legal Services Branch
919 Versailles Road
Frankfort, KY 40601
(502) 782-2163
(502) 573-1636 facsimile
Alea.Arnett@ky.gov
Counsel for Defendants

So, ORDERED:

_____
Judge

CC: Counsel of record