# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

**KEVIN R. TURNER**                                                                                                 **PLAINTIFF**

**v.**                                                 **CIVIL ACTION NO. 3:20-CV-346-DJH**

**JEREMY D. MABE et al**                                                               **DEFENDANT**

## REPORT ON SETTLEMENT

A settlement conference was conducted before the Magistrate Judge on July 18, 2023 via video conference. Settlement negotiations were conducted in good faith and the parties were able to reach an agreement for the resolution of all claims. The parties agreed to prepare and execute a detailed settlement agreement and release of all claims within forty-five (45) days of the settlement conference.

Therefore, the Magistrate Judge recommends that this action be dismissed as settled, with prejudice, with leave to reinstate within forty-five (45) days after entry of the order of dismissal should the parties fail to fulfill the terms of the settlement agreement within that time period.

Copies to Counsel of Record

TIC: 5/30