# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

**KEVIN R. TURNER**                                                             **PLAINTIFF**

v.                                                         CIVIL ACTION NO. 3:20-cv-346-DJH-RSE

**SERGEANT JEREMY D. MABE,**
in his individual capacity                                            **DEFENDANT**

## AGREED ORDER OF DISMISSAL

By agreement, the Plaintiff, Kevin R. Turner, and the Defendant, Sergeant Jeremy D. Mabe, in his individual capacity, by counsel, have resolved the lawsuit on mutually agreeable terms and hereby agree that this civil action be dismissed with prejudice, each party bearing his own costs and attorney's fees.

Having seen and agreed to by:

| | |
|---|---|
| /s/ Amber Arnett | /s/ Timothy Denison (with permission) |
| Alea Amber Arnett | Timothy Denison |
| Department of Kentucky State Police | 235 South Fifth Street |
| Legal Services Branch | The Third Floor |
| 919 Versailles Road | Louisville, KY 40202-3226 |
| Frankfort, KY 40601 | (502) 589-6916 |
| (502) 782-2163 | (502) 568-6919 facsimile |
| (502) 573-1636 facsimile | timothydenison@aol.com |
| alea.arnett@ky.gov | *Counsel for Plaintiff* |
| *Counsel for Kentucky State Police* | |
| *Sgt. Jeremy D. Mabe in his* | |
| *individual capacity* | |

and